COMMONWEALTH of Pennsylvania, Respondent

v.

David KEYS, Petitioner.

Supreme Court of Pennsylvania.

Aug. 19, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 19th day of August, 2008, the Motion to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Petitioner is directed to file a Petition for Allowance of Appeal with

this Court within thirty days of the entry of this order.